IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LORETTA DOCKERY**                                                                       PLAINTIFF

v.                                    No. 4:22-cv-964-DPM

**DOLGENCORP, LLC**                                                                     DEFENDANT

## JUDGMENT

Dockery's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

26 June 2024